

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

———————————————

No. 07-15-00444-CV

———————————————

BILLY JOE GARZA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 106th District Court
Garza County, Texas
Trial Court No. 88-1584; Honorable Carter T. Schildknecht, Presiding

April 12, 2017

## ORDER

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

On December 28, 2016, this court affirmed the order of the trial court denying the post-conviction motion of Appellant, Billy Joe Garza, for exemption from sex-offender registration. *See Garza v. State,* No. 07-15-00444-CV, 2016 Tex. App. LEXIS 13757 (Tex. App.—Amarillo Dec. 28, 2016, no pet. h.). Thereafter, Appellant's motion for rehearing was denied without written order. *See Garza v. State,* No. 07-15-00444-CV,

2017 Tex. App. LEXIS 1663 (Tex. App.—Amarillo Feb. 27, 2017, no pet. h.). Pending before this court is *Appellant's Motion for Requesting Extension of Time to File Motion for En Banc Reconsideration,* wherein he requests additional time to research and prepare "legal work" asking this court to reconsider, *en banc*, its previous decisions. We deny that motion.

In Texas, a motion for *en banc* reconsideration of an order or opinion issued by an intermediate appellate court is a request to have all the members of the court participate in the decision, rather than the originally assigned three-judge panel. *See* TEX. R. APP. P. 41.2. While the Seventh Court of Appeals is normally a four-judge court, currently only three positions are filled.

Here, the original opinion and order denying rehearing were decided by a panel consisting of Chief Justice Quinn and Associate Justices Campbell and Pirtle. Because Justices Quinn, Campbell, and Pirtle comprise the entire current body of the court, Appellant's request for *en banc* reconsideration would be moot. Because an *en banc* reconsideration would be moot, we conclude Appellant's motion for extension of time is also moot.

It is so ordered.

Patrick A. Pirtle
Justice

Campbell, J., concurring.

2